DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 500P13 | Federal National Mortgage Association v. Russell McLean, IV | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-364) | Denied |
|---|---|---|---|
| 506P13 | Terrance L. James-Bey, Ex Rel., Terrance James v. State of North Carolina | 1. Petitioner's *Pro Se* Motion for NOA (COAP13-788)<br><br>2. Petitioner's *Pro Se* Motion for Application for *Writ of Supersedeas* | 1. Dismissed *Ex Mero Motu*<br><br>2. Dismissed as Moot |
| 507P13 | State v. Raul Retana Ramos | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-255) | Denied |
| 508P13 | State v. Norbert Glen Richardson | 1. Def's *Pro Se* Motion for PDR Review (COAP13-515)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 509P13 | State v. Robert Lee Golden | 1. Def's *Pro Se* Motion for PDR (COAP13-776)<br><br>2. Def's *Pro Se* Motion to Proceed As Indigent | 1. Dismissed<br><br>2. Allowed |
| 511P13 | State v. Willie Graham Downey, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP12-867)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 512P13 | State v. Billy M. Parrish | Def's *Pro Se* Motion for NOA (COAP13-853) | Dismissed *Ex Mero Motu* |